UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **CYNTHIA JOHNSON** | : | **CASE NO. 5:22-cv-04146** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **AMERICAN WESTERN HOME INSURANCE CO.** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 20], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that the Report and Recommendation [doc. 20] be **ADOPTED**. Accordingly, the Motion to Dismiss [doc. 15] is **GRANTED**, and all claims in this matter are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 28th day of February, 2024.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE